[Nos. 8157-1-II; 8539-9-II. Division Three. July 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD EUGENE FOREN, *Appellant.*

*In the Matter of the Personal Restraint of* HOWARD EUGENE FOREN, *Petitioner.*

Appeal from judgments of the Superior Court for Pacific County, No. C-2068, and Pierce County, No. 84-1-01155-7, Thomas R. Sauriol, J., entered September 26, 1984, together with a petition for relief from personal restraint. Judgments *affirmed* and petition *denied* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 7355-2-II. Division Two. July 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. STUART J. STANLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00257-3, James I. Maddock, J., entered October 27, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7856-2-II. Division Two. July 29, 1986.]

WESLEY M. RICKARD, *Appellant,* v. PATRICIA O. RICHARD BARTON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-3-00145-8, Waldo F. Stone, J., entered April 13, 1984. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.